**UNITED STATES DISTRICT COURT**
**STATE OF MINNESOTA**
**COURT FILE NO.: 02-CV-113 RHK/JMM**

| | |
|---|---|
| Mandy Carrasquillo,<br><br>Plaintiff,<br><br>-v-<br><br>Cabrera & Rephen, P.C. and<br>Jay Hoya,<br><br>Defendants. | ~~PROPOSED~~ **ORDER** |

This matter came before the undersigned Magistrate Judge John M. Mason to add Cabrera & Associates, P.C. as a defendant in the above-named case.

The Court, being fully advised in the premises and upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. That Plaintiff's Motion to Amend the Complaint to add Cabrera & Associates, P.C. as a defendants is **GRANTED.**

DATED: 2/1/02

[signature]
Magistrate Judge John M. Mason
United States District Court

FILED FEB 01 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK