**UNITED STATES DISTRICT COURT**
**STATE OF MINNESOTA**
**COURT FILE NO.: 02-CV-113 RHK/JMM**

| | |
|---|---|
| Mandy Carrasquillo,<br><br>Plaintiff,<br>-v-<br><br>Cabrera & Rephen, P.C., Cabrera & Associates, P.C. and Jay Hoya,<br><br>Defendants. | **STIPULATION TO AMEND AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that:

1. Plaintiff will file the ~~attached~~ proposed Second Amended Complaint within ten (10) days of the date of this Order.

2. Defendants will have twenty (20) days after service of Plaintiff's Second Amended Complaint to interpose an Answer or otherwise plead and is in no way an admission to the allegations in Plaintiff's Second Amended Complaint; and

3. That this Stipulation is in accordance with Fed.R.Civ.P. 15.

Dated: March 18, 2002

**THE BARRY LAW OFFICE, LTD.**

By: ______________________
Peter F. Barry, Esq.
Attorney I.D. #0266577
342 East County Road D
St. Paul, Minnesota 55117
Telephone: 651-714-8800

Dated: 5/1/02

**HELLMUTH & JOHNSON, PLLC**

By: ______________________
John K. Rossman, Esq.
Attorney I.D. #244831
10400 Viking Drive, Suite 560
Eden Prairie, MN 55344
Telephone: 952-941-4005

MAY 07 2002
FILED ____________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr., Esq.
Attorney ID #249646
342 E. County Road D
Little Canada, Minnesota 55117
Telephone: 651-770-9707
**Attorneys for Plaintiff**

**Attorney for Defendants**

**ORDER**

Pursuant to the foregoing Stipulation, Plaintiff may serve upon the Defendants the Second Amended Complaint, which is attached hereto.

LET THE STIPULATION BE ENTERED ACCORDINGLY.

Dated: 5/6/02

BY THE COURT:

Hon. Magistrate Judge John M. Mason
United States District Court