**UNITED STATES DISTRICT COURT**
**STATE OF MINNESOTA**
**COURT FILE NO.: 02-CV-113 ~~RHK/JMM~~ AJB**

| | |
|---|---|
| Mandy Carrasquillo,<br><br>Plaintiff,<br><br>-v-<br><br>Cabrera & Rephen, P.C., Cabrera & Associates, P.C. and Jay Hoya,<br><br>Defendants. | **ORDER FOR DISMISSAL** |

This matter came before the Court on the stipulation of the Plaintiff and Defendants, to an order dismissing all of the Plaintiff's claims against Defendants in this case with prejudice and on the merits. Based on the stipulation between the Plaintiff and Defendants, and all the other files, records, and proceedings herein,

IT IS HEREBY ORDERED that the Plaintiff's claims against Defendants are hereby DISMISSED in their entirety, on the merits and with prejudice. The Plaintiff and Defendants shall each bear their own costs and attorneys' fees.

SO ORDERED.

Dated: 2/11, 2004

RICHARD H. KYLE
UNITED STATES DISTRICT JUDGE



FEB 11 2004
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD